**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: William D. Eckman Jr.                           CHAPTER 13
        Sandra L. Eckman
                Debtor(s)                         BKY. NO. 19-21807 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PINGORA LOAN SERVICING, LLC and index same on the master mailing list.

                                              Respectfully submitted,

                                              /s/ Brian Nicholas
                                              Brian Nicholas
                                              20 Oct 2020, 15:47:31, EDT

                                              Brian C. Nicholas, Esquire
                                              Attorney I.D. No. 317240
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106
                                              412-430-3594
                                              bkgroup@kmllawgroup.com