## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 19-21807-GLT |
| William D. Eckman, Jr. and | ) |
| Sandra L. Eckman, | ) **Chapter** 13 |
|         **Debtors,** | ) |
| William D. Eckman, Jr. and | ) |
| Sandra L. Eckman, | ) **Hearing Date:** 01/14/21 @ 1:30 pm |
|         **Movants,** | ) |
|   vs. | ) **Response Date:** 01/14/21 @ 1:30 pm |
| City of New Kensington Water Authority and | ) |
| Ronda J. Winnecour, Chapter 13Trustee | ) |
|         **Respondents**. | ) **Related to Document No.** 169-170 |

**CERTIFICATE OF SERVICE OF Notice and Order Setting Hearing on an Expedited Basis, and Emergency Motion to Compel Restoration of Water Service**

     I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 13, 2021.

### Via Fax
Ally Bank, P.O. Box 130424, Roseville, MN 55113, 1-651-367-2005
PA Department of Revenue, 1-717-783-4331


### Via Email and First-Class Mail
Michele Donatelli, City of New Kensington Water Authority; mdonatelli@newkenwater.net
D. Alexander Barnes on behalf of Auto Trakk, LLC, alexander.barnes@obermayer.com
Jerome B. Blank on behalf of Pingora Loan Servicing, LLC, pawb@fedphe.com
Brian Nicholas on behalf of Pingora Loan Servicing LLC, bnicholas@kmllawgroup.com
Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov
Thomas Song on behalf of Pingora Loan Servicing, LLC, pawb@fedphe.com
S. James Wallace on behalf of Peoples Gas Company, ecfpeoples@grblaw.com
Paul R. Yagelski on behalf of Allegheny Kiski Postal FCU, pryagelski@rothmangordon.com
LVNV Funding, askbk@resurgent.com
Phh Mortgage, customerservice@mortgageservices.com
Midland Funding LLC, mbx_ilms_@bankruptcy.com
Huntington Bank, bankruptcy@huntington.com
Jefferson Capital Services, deptc@jcap.com
West Penn Power, bankruptcy@firstenergycorp.com
UPMC Physician Services, dcmbankruptcy@dcmservices.com
Unifund CCR, tracey.gibson@unifund.com
Verizon/American Infosource, poc_ais@americanifosource.com
Credit Acceptance. Corp., www.creditacceptance.com
Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com


     The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification.

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Dated**: January 13, 2021　　　　　　　**BY**: /s/ Mark B. Peduto
**Mark B. Peduto, Esquire**
**PA ID No. 62923**
**mpeduto@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**