**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 19-21807-GLT |
| William D. Eckman, Jr. and | ) |
| Sandra L. Eckman, | ) **Chapter** 13 |
|         **Debtors,** | ) |
| William D. Eckman, Jr. and | ) |
| Sandra L. Eckman, | ) **Hearing Date:** 01/14/21 @ 1:30 pm |
|         **Movants,** | ) |
|     **vs.** | ) **Response Date:** 01/14/21 @ 1:30 pm |
| City of New Kensington Water Authority and | ) |
| Ronda J. Winnecour, Chapter 13 Trustee | ) |
|         **Respondents.** | ) **Related to Document No.** 169-170 |

**CERTIFICATION OF NO OBJECTION REGARDING**
**EMERGENCY MOTION TO COMPEL RESTORATION OF WATER SERVICE -**
**Document No.169**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Emergency Motion to Compel Restoration of Water Service** filed on January 12, 2021 has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Emergency Motion to Compel Restoration of Water Service** appears thereon. Pursuant to the Notice of Hearing, objections to the **Emergency Motion to Compel Restoration of Water Service** were to be filed and served no later than January 14, 2021 at 1:30 pm.

It is hereby respectfully requested that the Order attached to the **Emergency Motion to Compel Restoration of Water Service** be entered by the Court.

**Dated**: January 14, 2021       **BY**: /s/ Mark B. Peduto
        **Mark B. Peduto, Esquire**
        **PA ID No. 62923**
        mpeduto@c-vlaw.com
        **CALAIARO VALENCIK**
        **938 Penn Avenue, Suite 501**
        **Pittsburgh, PA  15222-3708**
        **(412) 232-0930**