**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 19-21807-GLT |
| William D. Eckman, Jr. and | ) |
| Sandra L. Eckman, | ) **Chapter** 13 |
|     **Debtors,** | ) |
| William D. Eckman, Jr. and | ) |
| Sandra L. Eckman, | ) **Hearing Date:** 01/21/21 @ 9:30 am |
|     **Movants,** | ) |
|   vs. | ) **Response Date:** 01/20/21 @ 12:00 pm |
| City of New Kensington Water Authority and | ) |
| Ronda J. Winnecour, Chapter 13 Trustee | ) |
|     **Respondents**. | ) **Related to Document No.** 173 |

**CERTIFICATE OF SERVICE OF Emergency Order of Court**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 14, 2021.

**Via Fax**
James Matta, General Manager, Municipal Authority of the City of New Kensington, 724-337-8307

**Via Email**
David Regoli, Solicitor; regoli@regolilaw.com

**Via First Class Mail**
William & Sandra Eckman, 436 Esther Avenue, New Kensington, PA 15068
James Matta, General Manager, Municipal Authority of the City of New Kensington

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification.
If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Dated**: January 14, 2021          **BY**: /s/ Mark B. Peduto
                                                    **Mark B. Peduto, Esquire**
                                                    **PA ID No. 62923**
                                                    mpeduto@c-vlaw.com
                                                    **CALAIARO VALENCIK**
                                                    **938 Penn Avenue, Suite 501**
                                                    **Pittsburgh, PA  15222-3708**
                                                    **(412) 232-0930**