FILED
1/14/21 4:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | 19-21807-GLT | |
| | : | Chapter: | 13 | |
| William D. Eckman | : | | | |
| Sandra L. Eckman | : | | | |
| | : | Date: | 1/14/2021 | |
| *Debtor(s).* | : | Time: | 01:30 | |

-

## PROCEEDING MEMO

**MATTER:**       #169 - Emergency Motion to Compel restoration of water service
              [Response due 1/14/2021]

**APPEARANCES:**
              Debtor:       Mark Peduto
**NOTES:** (1:30)

Court: I see service was sent by email, but based on the lack of any appearance by the respondent and the name, I must ask if service was properly directed?

Peduto:  I sent it to the person I've been in contact with re: the water shutoff issue.   We also emailed/faxed the entire mailing matrix.

Court: Is she an officer qualified to receive service and have you had any communication with the water authority since the motion was filed?

Peduto: I was given the impression she was.   And we haven't had further communication, the debtors became delinquent postpetition and the water was shut off.

Court: When was the water shut off?

Peduto: Between Christmas and New Years.   I got the water authority to agree that if I put payment to them in the plan they'd turn it back on.  I filed and mailed the amended plan to them, they said it would be acceptable at $300/month.

Court: The new plan payment is $1,900/month?  What's the status of plan payments?

Peduto: Yes. And they've made consistent payments since October 2019, a slight arrearage arose because they were paying about $1,500/month but that will been cured with the amended plan.  It's only about a $150/month increase.

Court: They haven't been making full plan payments.

Peduto: We've been telling them they have to.

Court: Have there been any payments to the water authority since the water was shut off?

Peduto: They sent a $300 money order but I don't know if it's been received.

Court: That's an issue, the authority hasn't affirmatively accepted the terms of the plan and what adequate protection has been offered? They were entitled to turn service off for postpetition non-payment. Sec. 366(a) also talks about refusing service, which means if the Court compels them to restore service, the debtors need to show they're in a position to address this going forward.   I'm concerned about the arrearage on the plan, and they need to show they can carry this increase.

Peduto: Debtor husband has a wage attachment that's been remitting over a year.

Court: Does it need to be adjusted, why is there an arrearage?

Peduto: My understanding is that debtor wife had an injury.

Court: I will enter a conditional order, because the other party isn't present and there isn't proof of the payment yet.  I will give you a week to produce that information and I will continue the hearing to Thursday, January 21st at 9:30.  I will grant temporary relief subject to a final hearing on this motion next week. Serve it on the executive director and the solicitor,.   A consent order under a COC would be acceptable in lieu of a continued hearing..

**OUTCOME:**

1. Debtors' *Emergency Motion to Compel restoration of water service* [Dkt. No. 169] is CONDITIONALLY GRANTED.   Matter reset for hearing on January 21, 2021.  [DB to Issue Modified Order]