Form 611

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **William D. Eckman Jr.** : | Case No. 19−21807−GLT |
| **Sandra L. Eckman** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| William D. Eckman, Jr. and : | |
| Sandra L. Eckman : | Related to Doc. No. 169 |
| *Movant(s),* : | |
| : | Hearing Date: 1/14/21 at 01:30 PM |
| v. : | Response Date: 1/14/21 at 1:30 PM |
| City of New Kensington Water Authority and : | |
| Ronda J. Winnecour, Chapter 13 Trustee : | |
| *Respondent(s).* : | |

### NOTICE AND ORDER SETTING HEARING ON AN EXPEDITED BASIS

**NOTICE IS HEREBY GIVEN THAT** an expedited motion entitled Emergency Motion to Compel Restoration of Water Service has been filed in the above−referenced case by the Debtors .

A hearing has been scheduled for January 14, 2021 at 01:30 PM in Zoom location, https://www.zoomgov.com/j/. All parties wishing to appear by video conference must register by submitting a video conference registration form via the link published on Judge Taddonio's website (http://www.pawb.uscourts.gov/procedures−2) no later than 4 p.m. on the business day prior to a scheduled hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's Modified Procedures for Remote Participation.

Responses to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on parties in interest on or before January 14, 2021 at 1:30 PM (Time of Hearing).

A courtesy copy of all responses shall be delivered to chambers with the filing.

Service shall be made as directed below. A certificate of service shall be filed with the Clerk immediately.

Dated: January 12, 2021

cm: Debtor
    Mark B. Peduto, Esq.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Movant shall immediately serve a copy of this scheduling Order and the Motion by hand delivery, e−mail, or facsimile on the Respondent(s), any appointed trustee, Debtor(s), Debtor(s)' Attorney, all secured creditors whose interests may be affected by the relief requested, the U.S. Trustee, and the attorney for any committee. In the absence of a committee, the Movant shall serve the 20 largest unsecured creditors. Movant shall deliver a paper copy of the motion and this notice of hearing to chambers.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21807-GLT |
| William D. Eckman | Chapter 13 |
| Sandra L. Eckman | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 1 of 2 |
| Date Rcvd: Jan 12, 2021 | Form ID: 611v | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William D. Eckman, Jr., Sandra L. Eckman, 436 Esther Avenue, New Kensington, PA 15068-4732 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2021         Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pingora Loan Servicing LLC bnicholas@kmllawgroup.com |
| D. Alexander Barnes | on behalf of Creditor Auto Trakk LLC alexander.barnes@obermayer.com |
| David Z. Valencik | on behalf of Debtor William D. Eckman Jr. dvalencik@c-vlaw.com, cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| David Z. Valencik | on behalf of Joint Debtor Sandra L. Eckman dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |

| District/off: 0315-2 | User: dbas | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 12, 2021 | Form ID: 611v | Total Noticed: 1 |

Donald R. Calaiaro
    on behalf of Debtor William D. Eckman Jr. dcalaiaro@c-vlaw.com,
cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro
    on behalf of Joint Debtor Sandra L. Eckman dcalaiaro@c-vlaw.com
cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

James A. Prostko
    on behalf of Debtor William D. Eckman Jr. jprostko@c-vlaw.com

James A. Prostko
    on behalf of Joint Debtor Sandra L. Eckman jprostko@c-vlaw.com

Jerome B. Blank
    on behalf of Creditor Pingora Loan Servicing LLC pawb@fedphe.com

Mark B. Peduto
    on behalf of Debtor William D. Eckman Jr. mpeduto@c-vlaw.com,
jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mark B. Peduto
    on behalf of Joint Debtor Sandra L. Eckman mpeduto@c-vlaw.com
jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mark B. Peduto
    on behalf of Plaintiff Sandra L. Eckman mpeduto@c-vlaw.com
jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mark B. Peduto
    on behalf of Plaintiff William D. Eckman Jr. mpeduto@c-vlaw.com,
jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Paul R. Yagelski
    on behalf of Creditor Allegheny Kiski Postal Federal Credit Union pryagelski@rothmangordon.com
jdmyers@rothmangordon.com

Paul R. Yagelski
    on behalf of Defendant Allegheny Kiski Postal FCU pryagelski@rothmangordon.com  jdmyers@rothmangordon.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com,
PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Pingora Loan Servicing LLC pawb@fedphe.com

TOTAL: 19