FILED
1/14/21 3:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** ) | Bankruptcy No. 19-21807-GLT |
| William D. Eckman, Jr. and ) | |
| Sandra L. Eckman, ) | Chapter 13 |
| **Debtors,** ) | |
| William D. Eckman, Jr. and ) | |
| Sandra L. Eckman, ) | |
| **Movants,** ) | |
| vs. ) | |
| City of New Kensington Water Authority and ) | |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
| **Respondents**. ) | Related to Dkt No. 169 |

### EMERGENCY ORDER OF COURT

**AND NOW** this 14th day of January 2021, the Debtors' emergency motion is **CONDITIONALLY GRANTED**. The City of New Kensington Water Authority shall immediately turn on water service at the Debtors' residence, 436 Esther Avenue, New Kensington, PA 15068, and it shall remain in service through January 21, 2021 pending further order of the Court. A hearing to consider final approval of the Debtors' emergency motion shall be heard on January 21, 2021 at 9:30 a.m. Any written opposition to the motion shall be filed on or before January 20, 2021 at 12 p.m. The Debtors shall serve a copy of this *Order* upon the City of New Kensington Water Authority c/o its Director, its Solicitor, and any other person upon whom service is prescribed by the laws of the Commonwealth of Pennsylvania.

By the Court,

_____
**Honorable Gregory L. Taddonio
United States Bankruptcy Court**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21807-GLT |
| William D. Eckman | Chapter 13 |
| Sandra L. Eckman | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 1 of 2 |
| Date Rcvd: Jan 14, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William D. Eckman, Jr., Sandra L. Eckman, 436 Esther Avenue, New Kensington, PA 15068-4732 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2021             Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com |
| D. Alexander Barnes | on behalf of Creditor Auto Trakk  LLC alexander.barnes@obermayer.com |
| David Z. Valencik | on behalf of Debtor William D. Eckman  Jr. dvalencik@c-vlaw.com, cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| David Z. Valencik | on behalf of Joint Debtor Sandra L. Eckman dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 2 of 2 |
| Date Rcvd: Jan 14, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Donald R. Calaiaro
    on behalf of Debtor William D. Eckman Jr. dcalaiaro@c-vlaw.com,
    cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro
    on behalf of Joint Debtor Sandra L. Eckman dcalaiaro@c-vlaw.com
    cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

James A. Prostko
    on behalf of Debtor William D. Eckman Jr. jprostko@c-vlaw.com

James A. Prostko
    on behalf of Joint Debtor Sandra L. Eckman jprostko@c-vlaw.com

Jerome B. Blank
    on behalf of Creditor Pingora Loan Servicing LLC pawb@fedphe.com

Mark B. Peduto
    on behalf of Debtor William D. Eckman Jr. mpeduto@c-vlaw.com,
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mark B. Peduto
    on behalf of Joint Debtor Sandra L. Eckman mpeduto@c-vlaw.com
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mark B. Peduto
    on behalf of Plaintiff Sandra L. Eckman mpeduto@c-vlaw.com
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mark B. Peduto
    on behalf of Plaintiff William D. Eckman Jr. mpeduto@c-vlaw.com,
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Paul R. Yagelski
    on behalf of Creditor Allegheny Kiski Postal Federal Credit Union pryagelski@rothmangordon.com
    jdmyers@rothmangordon.com

Paul R. Yagelski
    on behalf of Defendant Allegheny Kiski Postal FCU pryagelski@rothmangordon.com jdmyers@rothmangordon.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com,
    PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Pingora Loan Servicing LLC pawb@fedphe.com

TOTAL: 19