**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** ) | **Bankruptcy No.** 19-21807-GLT |
| William D. Eckman, Jr. and ) | |
| Sandra L. Eckman, ) | **Chapter** 13 |
| **Debtors,** ) | |
| William D. Eckman, Jr. and ) | |
| Sandra L. Eckman, ) | **Hearing Date:** 01/21/21 @ 9:30 am |
| **Movants,** ) | |
| vs. ) | **Response Date:** 01/20/21 @ 12:00 pm |
| City of New Kensington Water Authority and ) | |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
| **Respondents.** ) | **Related to Document No.** 173 |

**CERTIFICATION OF NO OBJECTION REGARDING EMERGENCY ORDER OF
COURT DATED January 14, 2021 SERVICE - Document No.173**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Emergency Order of Court Dated January 14, 2021** filed on January 14, 2021 has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Emergency Order of Court Dated January 14, 2021** appears thereon. Pursuant to the Notice of Hearing, objections to the **Emergency Order of Court Dated January 14, 2021** were to be filed and served no later than January 20, 2021 at 12:00 pm.

It is hereby respectfully requested that the Order attached to the **Emergency Order of Court Dated January 14, 2021** be entered by the Court.

**Dated**: January 20, 2021         **BY**: /s/ Mark B. Peduto
Mark B. Peduto, Esquire
PA ID No. 62923
mpeduto@c-vlaw.com
**CALAIARO VALENCIK**
938 Penn Avenue, Suite 501
Pittsburgh, PA  15222-3708
(412) 232-0930