FILED
1/20/21 3:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 19-21807-GLT |
| William D. Eckman, Jr. and | ) |
| Sandra L. Eckman, | ) **Chapter** 13 |
| **Debtors,** | ) |
| William D. Eckman, Jr. and | ) **Related Document No.** 173-169 & 180 |
| Sandra L. Eckman, | ) |
| **Movants,** | ) **Hearing Date:** 01/21/21 @ 9:30 a.m. |
| **vs.** | ) **Response Due:** 01/20/21 by 12:00 p.m. |
| City of New Kensington Water Authority and | ) |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
| **Respondents**. | ) **Document No.** |

### CONSENT RESOLUTION TO MOTION TO COMPEL

1. The Debtors reside at 436 Esther Avenue, New Kensington, PA 15068.

2. The City of New Kensington Water Authority provides water sewer and garbage services to the municipality including Debtors residence and running water is a basic necessity.

3. The Debtors did become delinquent on the payments to the water authority.

4. The Debtors have filed an amended plan on December 29, 2020, that provides for $300.00 per month priority administrative claim to the Water Authority in order to pay toward both the delinquent and current service.

5. The Debtors shall remit their full plan payment to the Chapter 13 Trustee each month for the remaining 46 months of this plan.

6. The Water Authority shall maintain all services to the Debtors' residence at 436 Esther Avenue, New Kensington, PA 15068.

7. The Chapter 13 Trustee is authorized to disburse funds to the City of New Kensington Water Authority in the amount of $300.00 per month from available funds beginning with the next distribution cycle.

8. The Water Authority shall file a notice of default if any monthly payment is

not received.

        9.      If the Default is not cured within ten (10) days, the Water Authority can shut the water off without further Order of Court.

        10.     The hearing scheduled for January 21, 2021, at 9:30 am is cancelled.

**Respectfully submitted,**

**Dated:** January 20, 2021

BY: /s/ Mark B. Peduto
**Mark B. Peduto, Esquire
PA ID NO. 62923
CALAIARO VALENCIK
938 Penn Avenue, Suite 501
Pittsburgh, PA  15222-3708
(412) 232-0930
mpeduto@c-vlaw.com**
*Attorney for the Debtors*

**Consented:**

/s/ David A. Regoli
**David A. Regoli, Esquire
PA ID NO. 61970
333 Freeport Street, Suite 201
New Kensington, PA 15068-6085
724-335-0500
Regoli@RegoliLaw.com**
*Attorney/Solicitor for the Water Authority*

/s/ James C. Warmbrodt
**James C. Warmbrodt, Esquire
PA ID NO. 42524
Office of the Chapter 13 Trustee for the
Western District of Pennsylvania
U.S. Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
jwarmbrodt@chapter13trusteewdpa.com**
*Attorney for the Chapter 13 Trustee*

**THIS RESOLUTION IS APPROVED THIS** 20th Day of January , 2021.

By the Court,

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21807-GLT |
| William D. Eckman | Chapter 13 |
| Sandra L. Eckman | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 2 |
| Date Rcvd: Jan 20, 2021 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William D. Eckman, Jr., Sandra L. Eckman, 436 Esther Avenue, New Kensington, PA 15068-4732 |
| | | David A. Regoli, Esq., 333 Freeport St., Ste. 201, New Kensington, PA 15068-6085 |
| | + | James Warmbrodt, Esq., Office of the Ch. 13 Trustee, R. Winneco, Suite 3250 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pingora Loan Servicing LLC bnicholas@kmllawgroup.com |
| D. Alexander Barnes | on behalf of Creditor Auto Trakk LLC alexander.barnes@obermayer.com |
| David Z. Valencik | on behalf of Debtor William D. Eckman Jr. dvalencik@c-vlaw.com, cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| David Z. Valencik | |

Case 19-21807-GLT    Doc 183    Filed 01/22/21    Entered 01/23/21 00:46:44    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: culy | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 20, 2021 | Form ID: pdf900 | Total Noticed: 3 |

| | |
|---|---|
| | on behalf of Joint Debtor Sandra L. Eckman dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | |
| | on behalf of Joint Debtor Sandra L. Eckman dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | |
| | on behalf of Debtor William D. Eckman  Jr. dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| James A. Prostko | |
| | on behalf of Debtor William D. Eckman  Jr. jprostko@c-vlaw.com |
| James A. Prostko | |
| | on behalf of Joint Debtor Sandra L. Eckman jprostko@c-vlaw.com |
| Jerome B. Blank | |
| | on behalf of Creditor Pingora Loan Servicing  LLC pawb@fedphe.com |
| Mark B. Peduto | |
| | on behalf of Debtor William D. Eckman  Jr. mpeduto@c-vlaw.com, jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Mark B. Peduto | |
| | on behalf of Joint Debtor Sandra L. Eckman mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Mark B. Peduto | |
| | on behalf of Plaintiff Sandra L. Eckman mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Mark B. Peduto | |
| | on behalf of Plaintiff William D. Eckman  Jr. mpeduto@c-vlaw.com, jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Paul R. Yagelski | |
| | on behalf of Creditor Allegheny Kiski Postal Federal Credit Union pryagelski@rothmangordon.com jdmyers@rothmangordon.com |
| Paul R. Yagelski | |
| | on behalf of Defendant Allegheny Kiski Postal FCU pryagelski@rothmangordon.com  jdmyers@rothmangordon.com |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Thomas Song | |
| | on behalf of Creditor Pingora Loan Servicing  LLC pawb@fedphe.com |

TOTAL: 19