**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 19-21807-GLT |
| William D. Eckman, Jr. and | ) |
| Sandra L. Eckman, | ) **Chapter** 13 |
|      **Debtors,** | ) |
| William D. Eckman, Jr. and | ) **Related Document No.** 197-196 |
| Sandra L. Eckman, | ) |
|      **Movants,** | ) **Hearing Date:** 05/19/21 @ 11:00 a.m. |
|      vs. | ) |
| Auto Trakk, LLC; | ) **Response Due:** 05/18/21 @ 4:00 p.m. |
| Freedom Mortgage Corporation; | ) |
| Peoples Gas Company, LLC; | ) |
| City of New Kensington Water Authority; | ) |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
|      **Respondents**. | ) **Document No.** |

**CERTIFICATE OF SERVICE OF Notice and Order Setting Hearing on Expedited Basis and Emergency Motion to Amend Distribution Level**

     I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 10, 2021.

D. Alexander Barnes on behalf of Creditor Auto Trakk, LLC; alexander.barnes@obermayer.com

Mario J. Hanyon on behalf of Freedom Mortgage Corporation; wbecf@brockandscott.com

S. James Wallace on behalf of Creditor Peoples Gas Company LLC, f/k/a Peoples TWP LLC; ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Michele Donatelli, City of New Kensington Water Authority; mdonatelli@newkenwater.net

Jerome B. Blank on behalf of Creditor Pingora Loan Servicing, LLC; pawb@fedphe.com
Mario J. Hanyon on behalf of Creditor FREEDOM MORTGAGE CORPORATION; wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Brian Nicholas on behalf of Creditor Pingora Loan Servicing, LLC; bnicholas@kmllawgroup.com

Thomas Song on behalf of Creditor Pingora Loan Servicing, LLC; pawb@fedphe.com

Paul R. Yagelski on behalf of Creditor Allegheny Kiski Postal Federal Credit Union
pryagelski@rothmangordon.com, jdmyers@rothmangordon.com

Ally Bank, P.O. Box 130424, Roseville, MN 55113; **Fax**; 651-367-2005

LVNV Funding, LLC, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603; askbk@resurgent.com

Jefferson Capital Systems LLC, P.O. Box 7999, Saint Cloud, MN 56302; bankruptcy@jcap.com

Midland Funding LLC, P.O. Box 2011, Warren, MI 48090; mbx_ilms_bankruptcy@memeg.com

PHH Mortgage, 2001 Bishops Gates Blvd., Attn: Mail Stop SV-01, Mount Laurel, NJ 08054; Jodi.hause@phelanhallinan

Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242; chris.blanton@unifund.com

The Huntington National Bank, 3 Cascade Plaza, Akron, OH 44308; bankruptcy@huntington.com

UPMC Physician Services, P.O. Box 1123, Minneapolis, MN 55440; ais@americaninfosource.com

West Penn Power, 5001 NAS Blvd., Fairmont, WV 26554; bankruptcy@firstenergy.com

Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov

Courtesy copy to Chambers.

**First Class Mail**
Credit Acceptance Corporate, 5505 W. 12 Mile Rd., Southfield, MI, 48034

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Fax or E-mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on**: May 10, 2021

/s/ Mark B. Peduto
**Mark B. Peduto, Esquire**
**PA ID No. 62923**
**mpeduto@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**