**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** ) | **Bankruptcy No.** 19-21807-GLT |
| William D. Eckman, Jr. and ) | |
| Sandra L. Eckman, ) | **Chapter** 13 |
|           **Debtors,** ) | |
| William D. Eckman, Jr. and ) | |
| Sandra L. Eckman, ) | **Hearing Date:** 05/19/21 @ 11:00 am |
|           **Movants,** ) | |
|        vs. ) | **Response Date:** 05/18/21 @ 4:00 pm |
| Auto Trakk, LLC, Freedom Mortgage ) | |
| Corporation, Peoples Gas Company, LLC, ) | |
| City of New Kensington Water Authority and ) | |
| Ronda J. Winnecour, Chapter 13Trustee ) | |
|           **Respondents**. ) | **Related to Document No.** 196-197 |

**CERTIFICATION OF NO OBJECTION REGARDING EMERGENCY MOTION TO AMEND DISTRIBUTION LEVEL and
EMERGENCY ORDER OF COURT DATED May 10, 2021 SERVICE –
Document No.196**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Emergency Motion to Amend Distribution Level** filed on May 10, 2021 has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Emergency Motion to Amend Distribution Level** appears thereon. Pursuant to the Notice of Hearing, objections to the **Emergency Motion to Amend Distribution Level** were to be filed and served no later than May 18, 2021 at 4:00 pm.

It is hereby respectfully requested that the Order attached to the **Emergency Motion to Amend Distribution Level** be entered by the Court.

**Dated**: May 18, 2021

**BY**: /s/ Mark B. Peduto
**Mark B. Peduto, Esquire**
**PA ID No. 62923**
**mpeduto@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**