FILED
5/18/21 4:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 19-21807-GLT |
| William D. Eckman, Jr. and | ) |
| Sandra L. Eckman, | ) **Chapter** 13 |
| **Debtors,** | ) |
| William D. Eckman, Jr. and | ) **Related Document No.** 181-189 & 196 |
| Sandra L. Eckman, | ) |
| **Movants,** | ) |
| **vs.** | ) |
| Auto Trakk, LLC, | ) |
| Freedom Mortgage Corporation, | ) |
| Peoples Gas Company, LLC, | ) |
| City of  New Kensington Water Authority, | ) |
| Ronda J. Winnecour, Chapter 13Trustee, | ) |
| **Respondents**. | ) **Document No.** |

### ORDER OF COURT

**AND NOW,** this 18th Day of May ___, 2021**,** upon motion of the Debtors, it

is hereby **ORDERED**, that the relief requested is **GRANTED**. The Chapter 13 Trustee's

Office shall code the claim of the Respondent, City of New Kensington Water Authority,

at level "21" while the other Respondents shall continue to be coded at level "22".

By the Court,

Honorable Gregory L. Taddonio
United States Bankruptcy Court

### ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 19-21807-GLT

William D. Eckman                                                          Chapter 13

Sandra L. Eckman

   Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: mgut | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

**Recip ID             Recipient Name and Address**
db/jdb            +  William D. Eckman, Jr., Sandra L. Eckman, 436 Esther Avenue, New Kensington, PA 15068-4732

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2021                         Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:**

**Name                        Email Address**

Brian Nicholas
                            on behalf of Creditor Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com

D. Alexander Barnes
                            on behalf of Creditor Auto Trakk  LLC alexander.barnes@obermayer.com

David Z. Valencik
                            on behalf of Debtor William D. Eckman  Jr. dvalencik@c-vlaw.com,
                            cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mped
                            uto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

David Z. Valencik
                            on behalf of Joint Debtor Sandra L. Eckman dvalencik@c-vlaw.com
                            cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mped
                            uto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro

District/off: 0315-2 | User: mgut | Page 2 of 2
Date Rcvd: May 18, 2021 | Form ID: pdf900 | Total Noticed: 1

| | on behalf of Debtor William D. Eckman Jr. dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | |
| | on behalf of Joint Debtor Sandra L. Eckman dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| James A. Prostko | |
| | on behalf of Debtor William D. Eckman Jr. jprostko@c-vlaw.com |
| James A. Prostko | |
| | on behalf of Joint Debtor Sandra L. Eckman jprostko@c-vlaw.com |
| Jerome B. Blank | |
| | on behalf of Creditor Pingora Loan Servicing LLC pawb@fedphe.com |
| Mario J. Hanyon | |
| | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mark B. Peduto | |
| | on behalf of Debtor William D. Eckman Jr. mpeduto@c-vlaw.com, jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Mark B. Peduto | |
| | on behalf of Joint Debtor Sandra L. Eckman mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Mark B. Peduto | |
| | on behalf of Plaintiff Sandra L. Eckman mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Mark B. Peduto | |
| | on behalf of Plaintiff William D. Eckman Jr. mpeduto@c-vlaw.com, jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Paul R. Yagelski | |
| | on behalf of Creditor Allegheny Kiski Postal Federal Credit Union pryagelski@rothmangordon.com jdmyers@rothmangordon.com |
| Paul R. Yagelski | |
| | on behalf of Defendant Allegheny Kiski Postal FCU pryagelski@rothmangordon.com jdmyers@rothmangordon.com |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Thomas Song | |
| | on behalf of Creditor Pingora Loan Servicing LLC pawb@fedphe.com |

TOTAL: 20