**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>WILLIAM D. ECKMAN JR.<br>SANDRA L. ECKMAN | Case No. 19-21807GLT |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>AUTO TRAKK LLC | Document No __ |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

Vehicle Totaled

| | |
|---|---|
| AUTO TRAKK LLC<br>1500 SYCAMORE RD STE 200<br>MONTOURSVILLE, PA 17754 | Court claim# /Trustee CID# 9 |

The Movant further certifies that on 11/03/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc: debtor(s)<br>   original creditor<br>   putative creditor<br>   counsel for debtor(s)<br>   counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
WILLIAM D. ECKMAN JR., SANDRA L. ECKMAN, 436 ESTHER AVENUE, NEW KENSINGTON, PA  15068

DEBTOR'S COUNSEL:
DONALD R CALAIARO ESQ, CALAIARO VALENCIK, 938 PENN AVE STE 501, PITTSBURGH, PA 15222-3708

ORIGINAL CREDITOR:
AUTO TRAKK LLC, 1500 SYCAMORE RD STE 200, MONTOURSVILLE, PA 17754

NEW CREDITOR:
Auto Trakk LLC