# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 19-21807-GLT |
| William D. Eckman, Jr. and | ) |
| Sandra L. Eckman, | ) **Chapter** 13 |
|       **Debtors,** | ) |
| William D. Eckman, Jr. and | ) **Related Document No.** 211-210 |
| Sandra L. Eckman, | ) |
|       **Movants,** | ) |
|     **vs.** | ) |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
|       **Respondent**. | ) **Document No.** |

## CERTIFICATE OF SERVICE OF Order Approving
## Postpetition Automobile Financing

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 10, 2021.

**SERVICE BY FIRST-CLASS MAIL**:
Municipal Authority of the City of New Kensington, 920 Barnes Street, New Kensington, PA  15068

**SERVICE BY NEF**:
D. Alexander Barnes on behalf of Creditor Auto Trakk, LLC; alexander.barnes@obermayer.com
Mario J. Hanyon on behalf of Creditor FREEDOM MORTGAGE CORPORATION;
wbecf@brockandscott.com, mario.hanyon@brockandscott.com
S. James Wallace on behalf of Creditor Peoples Gas Company LLC, f/k/a Peoples TWP LLC
ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**EXECUTED ON:** November 10, 2021        /s/ Mark B. Peduto
**Mark B. Peduto, Esquire**
**PA I.D. #62923**
**mpeduto@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**