# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 19-21807-GLT |
| William D. Eckman, Jr. and | ) |
| Sandra L. Eckman, | ) **Chapter** 13 |
| **Debtors,** | ) |
| William D. Eckman, Jr. and | ) **Related Document No.** 211-210 |
| Sandra L. Eckman, | ) |
| **Movants,** | ) |
| vs. | ) |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
| **Respondent**. | ) **Document No.** |

## REPORT OF FINANCING

**AND NOW,** come the Debtors, by and through their attorneys, Mark B. Peduto and Calaiaro Valencik, and present the following:

1. The Debtors filed a Consent Motion to Approve Post-petition Automobile Financing on November 8, 2021. (Doc. #210)

2. An Order approving the Debtors' Consent Motion to Approve Post-petition Automobile Financing was entered on November 9, 2021. (Doc. #211)

3. The Debtor, Sandra L. Eckman, purchased a 2014 Ford Escape from Nexgen Motors on November 10, 2021. The financing term is sixty (60) months with an interest rate of 20.99% and a monthly payment of $363.11 beginning December 13, 2021.

**Respectfully submitted,**

**Dated:** November 17, 2021

**BY:** /s/ Mark B. Peduto
**Mark B. Peduto, Esquire**
**PA I.D. #62923**
mpeduto@c-vlaw.com
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**