# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 19-21807-GLT |
| William D. Eckman, Jr. and | ) |
| Sandra L. Eckman, | ) **Chapter** 13 |
|         **Debtors,** | ) |
| William D. Eckman, Jr. and | ) **Related Document No.** 223-222 |
| Sandra L. Eckman, | ) |
|         **Movants,** | ) |
|     **vs.** | ) |
| Ronda J. Winnecour, Chapter 13Trustee, | ) |
|         **Respondent**. | ) **Document No.** |

## REPORT OF FINANCING

**AND NOW,** come the Debtors, by and through their attorneys, Mark B. Peduto and Calaiaro Valencik, and present the following:

1. The Debtors filed a Consent Motion to Approve Postpetition Automobile Financing on December 30, 2021. (Doc. #222)

2. An Order approving the Debtors' Consent Motion to Approve Postpetition Automobile Financing was entered on January 3, 2022. (Doc. #223)

3. The Debtor, William D. Eckman, Jr., purchased a 2016 Ford Escape SUV from Nexgen Motors on February 7, 2022. The financing term is sixty (60) months with an interest rate of 20.90% and a monthly payment of $372.46 beginning March 19, 2022.

        **Respectfully submitted,**

**Dated:** February 21, 2022         **BY:** /s/ Mark B. Peduto
        **Mark B. Peduto, Esquire**
        **PA I.D. #62923**
        mpeduto@c-vlaw.com
        **CALAIARO VALENCIK**
        **938 Penn Avenue, Suite 501**
        **Pittsburgh, PA  15222-3708**
        **(412) 232-0930**