# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 19-21807-GLT |
| William D. Eckman, Jr. and | ) |
| Sandra L. Eckman, | ) **Chapter 13** |
| **Debtors,** | ) |
| William D. Eckman, Jr. and | ) **Related Document No.** 240 |
| Sandra L. Eckman, | ) |
| **Movants,** | ) **Hearing Date:** 05/04/22 @ 10:00 a.m. |
| vs. | ) |
| Westlake Financial Services and | ) **Response Due:** 04/18/22 |
| Ronda J. Winnecour, Chapter 13Trustee, | ) |
| **Respondents.** | ) **Document No.** 241 |

### NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING
**MOTION OF William D. Eckman and Sandra L. Eckman FOR Motion to Enforce the Automatic Stay and for Sanctions**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **April 18, 2022** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

An in-person hearing will be held on **May 4, 2022, at 10:00 a.m.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to the scheduled hearing.

All parties participating remotely shall comply with Judge Taddonio's General Procedures, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

**Dated:** March 31, 2022

**BY:** /s/ Mark B. Peduto
**Mark B. Peduto, Esquire**
**PA I.D. #62923**
mpeduto@c-vlaw.com
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 19-21807-GLT |
| William D. Eckman, Jr. and | ) |
| Sandra L. Eckman, | ) **Chapter 13** |
| **Debtors,** | ) |
| William D. Eckman, Jr. and | ) **Related Document No.** 240 |
| Sandra L. Eckman, | ) |
| **Movants,** | ) **Hearing Date:** 05/04/22 @ 10:00 a.m. |
| vs. | ) |
| Westlake Financial Services and | ) **Response Due:** 04/18/22 |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
| **Respondents.** | ) **Document No.** 241 |

## CERTIFICATE OF SERVICE OF Notice of Hearing and
## Motion to Enforce the Automatic Stay and for Sanctions

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 31, 2022.

**SERVICE BY FIRST-CLASS MAIL**:
Westlake Financial Services, 4751 Wilshire Blvd., Suite 100, Los Angeles, CA 90010
Mr. and Mrs. William Eckman, 436 Esther Avenue, New Kensington, PA 15068

**SERVICE BY NEF**:
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** March 31, 2022              /s/ Mark B. Peduto
**Mark B. Peduto, Esquire**
**PA I.D. #62923**
**mpeduto@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA 15222-3708**
**(412) 232-0930**