**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>WILLIAM D ECKMAN and SANDRA L ECKMAN | Case No. 19-21807-GLT |
| | Chapter 13 |
| WILLIAM D ECKMAN and SANDRA L ECKMAN,<br>     Movant | |
| | Hearing Date: May 4, 2022 |
| | Hearing Time: 10:00 am |
| vs. | |
| WESTLAKE FINANCIAL SERVICES,<br>     Respondent | |

**CERTIFICATION OF COUNSEL REGARDING CONSENT ORDER**
**ON CASE NO. 19-21807-GLT**

     The undersigned hereby certifies that agreement has been reached with the Plaintiff regarding the Motion To Enforce The Automatic Stay and For Santions filed by the Debtor in Case No. 19-21807.

     The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

     The undersigned further certifies that:

          ☐ An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions or signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the court.

          ☒ No other order has been filed pertaining to the subject matter of this agreement.

☐ The attached document does not require a proposed order.

DATED: April 18, 2022

                                                By:   /s/ Mario Hanyon

                                                      Mario Hanyon,
                                                      (Bar No. 203993)
                                                      Attorney for Creditor/Defendant
                                                      BROCK & SCOTT, PLLC
                                                      302 Fellowship Road, Ste 130
                                                      Mount Laurel, NJ 08054
                                                      Telephone: 844-856-6646 x4560
                                                      Facsimile: 704-369-0760
                                                      Email: pabkr@brockandscott.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>WILLIAM D ECKMAN and SANDRA L ECKMAN | Case No. 19-21807-GLT<br><br>Chapter 13 |
| WILLIAM D ECKMAN and SANDRA L ECKMAN,<br>    Movant | Hearing Date: May 4, 2022<br><br>Hearing Time: 10:00 am |
| vs.<br><br>WESTLAKE FINANCIAL SERVICES,<br>    Respondent | |

### STIPULATION IN SETTLEMENT OF MOTION TO ENFORCE THE AUTOMATIC STAY AND FOR SANCTIONS

It is hereby stipulated by and between Brock & Scott, PLLC, counsel for the Respondent, Westlake Financial Services and Mark B. Peduto, Esquire, counsel for the Debtors, as follows:

1. The Debtors are William D. Eckman and Sandra L. Eckman.

2. Respondent is Westlake Financial Services.

3. On January 3, 2022, Debtors were approved for post-petition automobile financing for a loan agreement with Respondent to purchase a 2016 Ford Escape.

4. On March 31, 2022, Debtors filed Motion to Enforce the Automatic Stay and for Sanctions ("Motion) alleging that Respondent has not cashed payments from the Trustee and has been contacting Debtors to demand payment.

5. Respondent has confirmed that the payments from the Trustee have been received and applied to Debtors' loan balance.

6. Accordingly, the Parties have agreed to resolve the Motion with Respondent paying Debtors' Counsel Fees in the amount of $500.00.

7. The parties agree that a facsimile signature shall be considered an original signature.

Dated: April 15, 2022

/s/Mario J. Hanyon
Mario J. Hanyon
Attorney for Respondent

*[signature]*

Mark B. Peduto, Esquire
Attorney for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>WILLIAM D ECKMAN and SANDRA L ECKMAN | Case No. 19-21807-GLT<br><br>Chapter 13 |
| WILLIAM D ECKMAN and SANDRA L ECKMAN,<br>    Movant | Hearing Date: May 4, 2022<br><br>Hearing Time: 10:00 am |
| vs.<br><br>WESTLAKE FINANCIAL SERVICES,<br>    Respondent | |

**ORDER**

**AND NOW**, this         day of                    , 2022, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Court Judge