FILED
4/18/22 3:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>WILLIAM D ECKMAN and SANDRA L ECKMAN | Case No. 19-21807-GLT |
| WILLIAM D ECKMAN and SANDRA L ECKMAN,<br>    Movant | Chapter 13<br><br>Hearing Date: May 4, 2022<br><br>Hearing Time: 10:00 am |
| vs.<br><br>WESTLAKE FINANCIAL SERVICES,<br>    Respondent | Related to Docket No. 240 & 250 |

**ORDER**

**AND NOW**, this 18th Day of April, 2022, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Court Judge

B&S File No. 21-00143

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>WILLIAM D ECKMAN and SANDRA L ECKMAN | Case No. 19-21807-GLT |
| WILLIAM D ECKMAN and SANDRA L ECKMAN,<br>    Movant | Chapter 13<br><br>Hearing Date: May 4, 2022<br><br>Hearing Time: 10:00 am |
| vs.<br><br>WESTLAKE FINANCIAL SERVICES,<br>    Respondent | |

## STIPULATION IN SETTLEMENT OF MOTION TO ENFORCE THE AUTOMATIC STAY AND FOR SANCTIONS

    It is hereby stipulated by and between Brock & Scott, PLLC, counsel for the Respondent, Westlake Financial Services and Mark B. Peduto, Esquire, counsel for the Debtors, as follows:

1. The Debtors are William D. Eckman and Sandra L. Eckman.

2. Respondent is Westlake Financial Services.

3. On January 3, 2022, Debtors were approved for post-petition automobile financing for a loan agreement with Respondent to purchase a 2016 Ford Escape.

4. On March 31, 2022, Debtors filed Motion to Enforce the Automatic Stay and for Sanctions ("Motion) alleging that Respondent has not cashed payments from the Trustee and has been contacting Debtors to demand payment.

5. Respondent has confirmed that the payments from the Trustee have been received and applied to Debtors' loan balance.

6. Accordingly, the Parties have agreed to resolve the Motion with Respondent paying Debtors' Counsel Fees in the amount of $500.00.

7. The parties agree that a facsimile signature shall be considered an original signature.

Dated: April 15, 2022

/s/Mario J. Hanyon
Mario J. Hanyon
Attorney for Respondent

*[signature]*
Mark B. Peduto, Esquire
Attorney for Debtors

B&S File No. 21-00143                    2 of 3

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21807-GLT |
| William D. Eckman | Chapter 13 |
| Sandra L. Eckman | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 18, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William D. Eckman, Jr., Sandra L. Eckman, 436 Esther Avenue, New Kensington, PA 15068-4732 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2022          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com |
| D. Alexander Barnes | |
| | on behalf of Creditor Auto Trakk  LLC alexander.barnes@obermayer.com |
| David Z. Valencik | |
| | on behalf of Joint Debtor Sandra L. Eckman dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| David Z. Valencik | |
| | on behalf of Debtor William D. Eckman  Jr. dvalencik@c-vlaw.com, cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | |

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: Apr 18, 2022     Form ID: pdf900     Total Noticed: 1

on behalf of Debtor William D. Eckman Jr. dcalaiaro@c-vlaw.com,
cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro
on behalf of Joint Debtor Sandra L. Eckman dcalaiaro@c-vlaw.com
cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

James A. Prostko
on behalf of Debtor William D. Eckman Jr. jprostko@c-vlaw.com, jamesprostko@gmail.com

James A. Prostko
on behalf of Joint Debtor Sandra L. Eckman jprostko@c-vlaw.com jamesprostko@gmail.com

Jerome B. Blank
on behalf of Creditor Pingora Loan Servicing LLC pawb@fedphe.com

Mario J. Hanyon
on behalf of Creditor Westlake Financial Services wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mario J. Hanyon
on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
mario.hanyon@brockandscott.com

Mark B. Peduto
on behalf of Debtor William D. Eckman Jr. mpeduto@c-vlaw.com,
jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mark B. Peduto
on behalf of Joint Debtor Sandra L. Eckman mpeduto@c-vlaw.com
jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mark B. Peduto
on behalf of Plaintiff Sandra L. Eckman mpeduto@c-vlaw.com
jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mark B. Peduto
on behalf of Plaintiff William D. Eckman Jr. mpeduto@c-vlaw.com,
jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Paul R. Yagelski
on behalf of Creditor Allegheny Kiski Postal Federal Credit Union pryagelski@rothmangordon.com
jdmyers@rothmangordon.com

Paul R. Yagelski
on behalf of Defendant Allegheny Kiski Postal FCU pryagelski@rothmangordon.com jdmyers@rothmangordon.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com,
PNGbankruptcy@peoples-gas.com

Thomas Song
on behalf of Creditor Pingora Loan Servicing LLC pawb@fedphe.com

TOTAL: 21