**Form 143**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**William D. Eckman Jr.**
**Sandra L. Eckman**
    Debtor(s)

Bankruptcy Case No.: 19–21807–GLT

Chapter: 13
Docket No.: 256 – 255

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

    Paul R. Yagelski, Esq. has been removed as attorney from this case and will not receive any future notifications.

    The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: June 14, 2022

Michael R. Rhodes
Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:    Case No. 19-21807-GLT

William D. Eckman    Chapter 13

Sandra L. Eckman

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 2

Date Rcvd: Jun 14, 2022    Form ID: 143    Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| aty | + | Paul R. Yagelski, Rothman Gordon PC, 300 Grant Building, 310 Grant Street, Pittsburgh, PA 15219-2205 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com |
| D. Alexander Barnes | on behalf of Creditor Auto Trakk  LLC alexander.barnes@obermayer.com |
| David Z. Valencik | on behalf of Joint Debtor Sandra L. Eckman dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com |
| David Z. Valencik | on behalf of Debtor William D. Eckman  Jr. dvalencik@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com |
| Donald R. Calaiaro | |

| | |
|---|---|
| | on behalf of Debtor William D. Eckman Jr. dcalaiaro@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com |
| Donald R. Calaiaro | |
| | on behalf of Joint Debtor Sandra L. Eckman dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com |
| James A. Prostko | |
| | on behalf of Joint Debtor Sandra L. Eckman jprostko@c-vlaw.com jamesprostko@gmail.com |
| James A. Prostko | |
| | on behalf of Debtor William D. Eckman Jr. jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Jerome B. Blank | |
| | on behalf of Creditor Pingora Loan Servicing LLC pawb@fedphe.com |
| Mario J. Hanyon | |
| | on behalf of Creditor Westlake Financial Services wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario J. Hanyon | |
| | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mark B. Peduto | |
| | on behalf of Debtor William D. Eckman Jr. mpeduto@c-vlaw.com, jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com |
| Mark B. Peduto | |
| | on behalf of Joint Debtor Sandra L. Eckman mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com |
| Mark B. Peduto | |
| | on behalf of Plaintiff Sandra L. Eckman mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com |
| Mark B. Peduto | |
| | on behalf of Plaintiff William D. Eckman Jr. mpeduto@c-vlaw.com, jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Paul R. Yagelski | |
| | on behalf of Creditor Allegheny Kiski Postal Federal Credit Union pryagelski@rothmangordon.com jdmyers@rothmangordon.com |
| Paul R. Yagelski | |
| | on behalf of Defendant Allegheny Kiski Postal FCU pryagelski@rothmangordon.com jdmyers@rothmangordon.com |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Thomas Song | |
| | on behalf of Creditor Pingora Loan Servicing LLC pawb@fedphe.com |

TOTAL: 21