# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **)** **Bankruptcy No.** 19-21807-GLT |
| | **)** **Chapter** 13 |
| William D. Eckman, Jr., | **)** **Related Document No.** 263 |
| Sandra L. Eckman**,** | **)** **Concil. Conf.:** 01/05/2023 @ 2:00 pm |
| **Debtors.** | **)** **Objection Date:** |

### CERTIFICATE OF SERVICE OF Notice of Certification of Counsel Regarding Debtor's Amended Chapter 13 Plan Dated November 2, 2022 and the Order of Court

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **January 5, 2023**.

William & Sandra Eckman, 436 Esther Ave., New Kensington, PA 15068

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on: January 5, 2023**         **BY:** /s/ David Z. Valencik
                                          **David Z. Valencik, Esquire, PA I.D. #308361**
                                          dvalencik@c-vlaw.com

                                          **CALAIARO VALENCIK**
                                          **938 Penn Avenue, Suite 501**
                                          **Pittsburgh, PA 15222-3708**
                                          **(412) 232-0930**