FILED
12/4/23 2:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 19-21807-GLT |
| William D. Eckman Jr. and | ) |
| Sandra L. Eckman, | ) **Chapter** 13 |
| **Debtors,** | ) |
| | ) |
| William D. Eckman Jr. and | ) **Claim No.** 12 |
| Sandra L. Eckman, | ) |
| **Movants,** | ) |
| v. | ) |
| Freedom Mortgage Corporation and | ) |
| Ronda J. Winnecour, Chapter 13 | ) |
| Trustee, | ) |
| **Respondents.** | ) **Document No.** |

### ORDER OF COURT

**AND NOW** this 4th Day of December, 2023, upon consideration of the Debtors' Motion, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion is **GRANTED**. The deadline for the Debtors to respond to the Notice of Mortgage Payment Change is hereby extended for fourteen (14) days, up to and including, December 15, 2023.

BY THE COURT:

_____
**Chief Judge Gregory L. Taddonio**
**United States Bankruptcy Court**

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William D. Eckman  
Sandra L. Eckman  
    Debtors

Case No. 19-21807-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Dec 04, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William D. Eckman, Jr., Sandra L. Eckman, 436 Esther Avenue, New Kensington, PA 15068-4732 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor William D. Eckman Jr. apratt@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com |
| Andrew Kevin Pratt | on behalf of Joint Debtor Sandra L. Eckman apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com |
| Brian Nicholas | on behalf of Creditor Pingora Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Dec 04, 2023 | Form ID: pdf900 | Total Noticed: 1 |

D. Alexander Barnes
 on behalf of Creditor Auto Trakk LLC alexander.barnes@obermayer.com

David Z. Valencik
 on behalf of Joint Debtor Sandra L. Eckman dvalencik@c-vlaw.com
 kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;
 ncalaiaro@c-vlaw.com

David Z. Valencik
 on behalf of Debtor William D. Eckman Jr. dvalencik@c-vlaw.com,
 kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;
 ncalaiaro@c-vlaw.com

Donald R. Calaiaro
 on behalf of Debtor William D. Eckman Jr. dcalaiaro@c-vlaw.com,
 kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com;
 ncalaiaro@c-vlaw.com

Donald R. Calaiaro
 on behalf of Joint Debtor Sandra L. Eckman dcalaiaro@c-vlaw.com
 kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com;
 ncalaiaro@c-vlaw.com

James A. Prostko
 on behalf of Debtor William D. Eckman Jr. jprostko@c-vlaw.com, jamesprostko@gmail.com

James A. Prostko
 on behalf of Joint Debtor Sandra L. Eckman jprostko@c-vlaw.com jamesprostko@gmail.com

Jerome B. Blank
 on behalf of Creditor Pingora Loan Servicing LLC jblank@pincuslaw.com, brausch@pincuslaw.com

Mario J. Hanyon
 on behalf of Creditor Westlake Financial Services wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mario J. Hanyon
 on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
 mario.hanyon@brockandscott.com

Mark B. Peduto
 on behalf of Plaintiff Sandra L. Eckman mpeduto@c-vlaw.com
 jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com

Mark B. Peduto
 on behalf of Plaintiff William D. Eckman Jr. mpeduto@c-vlaw.com,
 jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Paul R. Yagelski
 on behalf of Defendant Allegheny Kiski Postal FCU pryagelski@rothmangordon.com jdmyers@rothmangordon.com

Robert J. Waine
 on behalf of Creditor Allegheny Kiski Postal Federal Credit Union rjwaine@rothmangordon.com jdmyers@rothmangordon.com

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

S. James Wallace
 on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com,
 PNGbankruptcy@peoples-gas.com

Thomas Song
 on behalf of Creditor Pingora Loan Servicing LLC pawb@fedphe.com

TOTAL: 22