FILED
1/24/24 2:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 19-21807-GLT |
| William D. Eckman Jr. and | ) |
| Sandra L. Eckman, | ) **Chapter** 13 |
| **Debtors,** | ) |
| William D. Eckman Jr. and | ) **Related Document No.** 276-275 |
| Sandra L. Eckman, | ) |
| **Movants,** | ) |
| v. | ) |
| Ronda J. Winnecour, Chapter 13 | ) |
| Trustee, | ) |
| **Respondent.** | ) Related to Docket No. 277 |

## ORDER OF COURT

**AND NOW,** this 24th Day of January, 2024, upon consideration of the Debtors' Motion, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion is **GRANTED**. The deadline for the Debtors to respond to the Trustee's Certificate of Default Requesting Dismissal is hereby extended for seven (7) days, up to and including, January 30, 2024.

By the Court:

_____
**Chief Judge Gregory L. Taddonio
United States Bankruptcy Court**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21807-GLT |
| William D. Eckman | Chapter 13 |
| Sandra L. Eckman | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Jan 24, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + William D. Eckman, Jr., 436 Esther Avenue, New Kensington, PA 15068-4732 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor William D. Eckman  Jr. apratt@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com |
| Andrew Kevin Pratt | on behalf of Joint Debtor Sandra L. Eckman apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com |
| Brian Nicholas | on behalf of Creditor Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jan 24, 2024 | Form ID: pdf900 | Total Noticed: 1 |

D. Alexander Barnes
    on behalf of Creditor Auto Trakk LLC alexander.barnes@obermayer.com

David Z. Valencik
    on behalf of Joint Debtor Sandra L. Eckman dvalencik@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;
    ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com

David Z. Valencik
    on behalf of Debtor William D. Eckman Jr. dvalencik@c-vlaw.com,
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;
    ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com

Donald R. Calaiaro
    on behalf of Debtor William D. Eckman Jr. dcalaiaro@c-vlaw.com,
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com;
    ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com

Donald R. Calaiaro
    on behalf of Joint Debtor Sandra L. Eckman dcalaiaro@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com;
    ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com

James A. Prostko
    on behalf of Joint Debtor Sandra L. Eckman jprostko@c-vlaw.com jamesprostko@gmail.com

James A. Prostko
    on behalf of Debtor William D. Eckman Jr. jprostko@c-vlaw.com, jamesprostko@gmail.com

Jerome B. Blank
    on behalf of Creditor Pingora Loan Servicing LLC jblank@pincuslaw.com, brausch@pincuslaw.com

Mario J. Hanyon
    on behalf of Creditor Westlake Financial Services wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
    mario.hanyon@brockandscott.com

Mark B. Peduto
    on behalf of Plaintiff Sandra L. Eckman mpeduto@c-vlaw.com
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com

Mark B. Peduto
    on behalf of Plaintiff William D. Eckman Jr. mpeduto@c-vlaw.com,
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Paul R. Yagelski
    on behalf of Defendant Allegheny Kiski Postal FCU pryagelski@rothmangordon.com jdmyers@rothmangordon.com

Robert J. Waine
    on behalf of Creditor Allegheny Kiski Postal Federal Credit Union rjwaine@rothmangordon.com jdmyers@rothmangordon.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com,
    PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Pingora Loan Servicing LLC pawb@fedphe.com

TOTAL: 22